IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OSCAR ANTONIO ARIAS ROBLES,

   Plaintiff,

v.

ALEJANDRO MAYORKAS, *et al.*,

   Defendants.

Civil No. 23-cv-02999-JKB

**JOINT MOTION FOR STAY OF PROCEEDINGS**

1. Plaintiff Oscar Antonio Arias Robles filed suit in this District seeking a declaratory judgment and injunctive and mandamus relief to compel Defendants to reopen and adjudicate an I-130 immigration petition. Compl. 7–11, ECF No. 1. Plaintiff is the intended beneficiary of that petition. *Id*.

2. After Plaintiff filed the instant suit, Defendant United States Citizenship and Immigration Services (USCIS) exercised its discretion and reopened the I-130 petition and has issued to Plaintiff a Request for Evidence (RFE). In light of this development, the parties jointly request that the Court grant a 90-day stay of the case to allow time for Plaintiff to respond to the RFE, and for USCIS to evaluate Plaintiff's response to the RFE and render a decision as to the I-130. Defendants' deadline to answer or otherwise respond to the complaint is currently January 29, 2024. The proposed 90-day stay would extend Defendants' deadline to answer or otherwise respond from January 29, 2024 to April 29, 2024.

3. This Court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997); *Landis v. N. Am. Co.*, 299

1

U.S. 248, 254–55 (1936). In considering the grant of request for a stay of the litigation, the Court should assess (1) whether a stay would promote judicial economy, (2) the hardship and burden on the respective parties if a stay is granted, and (3) whether the stay will prejudice the respective parties. *See Nat'l Ass'n for Advancement of Colored People v. United States Dep't of Homeland Sec.,* No. CV DKC 18-0239, 2020 WL 1331998, at *3 (D. Md. Mar. 23, 2020) (granting stay); *Int'l Refugee Assistance Project v. Trump*, 323 F. Supp. 3d 726, 730 (D. Md. 2018) (same).

4. The developments in this case weigh in favor of a stay. A stay is appropriate because it would promote judicial economy and spare this Court from expending resources on a matter that is likely moot. As stated above, USCIS has reopened the I-130 petition to consider additional evidence. A stay of this case for 90-days will, therefore, avoid wasting judicial resources by deferring litigation, if any, until USCIS has made a final decision on the I-130 petition. A stay of this case would not pose a hardship or burden to the parties because it may lead to a resolution of this matter without need for further litigation, thus preserving the resources of both parties and streamlining the resolution of this case. The parties will not be prejudiced by a stay for the same reasons.

5. If this matter is stayed, the parties agree to file a status report on or before April 15, 2024, apprising the Court of the status of Plaintiff's I-130 petition and seeking to extend or lift the stay.

6. This Joint Motion is being filed in good faith and not for purpose of delay.

7. Pursuant to Civil L.R. § 105.9, counsel for Plaintiff has consented to the filing of this Joint Motion.

WHEREFORE, the parties jointly and respectfully request that the Court enter an order staying this case for 90 days.

A proposed order is attached.

Dated: January 29, 2024                                    Respectfully submitted,

| | |
|---|---|
| /s/ Jay S. Marks<br>Jay S. Marks<br>(signed with permission)<br>Law Offices of Jay S. Marks, LLC,<br>10770 Columbia Pike, Suite 200,<br>Silver Spring, MD 20901<br>(301) 578-4444<br>jay@marksjustice.com<br><br>*Attorney for Plaintiff* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney<br><br>WILLIAM C. PEACHEY<br>Director<br><br>SAMUEL P. GO<br>Assistant Director<br><br>KATHERINE J. SHINNERS<br>Senior Litigation Counsel<br><br>/s/ Ian S. Lam<br>IAN S. LAM (DC Bar No. 90017495)<br>Trial Attorney<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>E-mail: Ian.S.Lam@usdoj.gov<br>Telephone: (202) 307-6329<br>Facsimile: (202) 305-7000<br><br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

/s/ Ian S. Lam
Ian S. Lam
Trial Attorney
