IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OSCAR ANTONIO ARIAS ROBLES,

   Plaintiff,

v.

ALEJANDRO MAYORKAS, *et al.*,

   Defendants.

Civil No. 23-cv-02999-JKB

## [PROPOSED] ORDER STAYING PROCEEDINGS

Upon consideration of the Joint Motion for Stay of Proceedings filed by the parties, it is this __29__ day of __Jan.__, 2024, by the United States District Court for the District of Maryland, hereby

**ORDERED** that this case is **STAYED** through April 29, 2024; and it is further,

**ORDERED** that the Parties shall file a status report on or before April 15, 2024, if the case is not voluntarily dismissed by that time; and it is further

**ORDERED** that the Clerk of the Court shall send this signed Order to counsel of record for the parties in this case.

**IT IS SO ORDERED.**

_____
James K. Bredar
Chief United States District Judge

1

Case 1:23-cv-02999-JKB   Document 8   Filed 01/29/24   Page 2 of 2