IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **OSCAR ANTONIO ARIAS ROBLES,**<br>258 Colgate Ave,<br>Dundalk, Maryland 21222,<br><br>  Plaintiff<br><br>  v.<br><br>**ALEJANDRO MAYORKAS**,<br>in his official capacity,<br>Secretary of Homeland Security,<br>U.S. Department of Homeland Security,<br>Department of Homeland Security General Counsel,<br>Washington, D.C. 20528,<br><br>**UR MENDOZA JADDOU**,<br>in her official capacity,<br>Director,<br>U.S. Citizenship and Immigration Services,<br>20 Massachusetts Avenue, NW,<br>Washington, D.C. 20529,<br><br>and<br><br>**CONNIE NOLAN**,<br>in her official capacity,<br>Associate Director (Acting),<br>Service Center Operations Directorate,<br>U.S. Citizenship and Immigration Services,<br><br>Defendants | Case No. 1:23-cv-2999<br>Civil Action [Immigration] |

# NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Oscar Antonio Arias Robles, hereby gives notice that this action is voluntarily dismissed. Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice.

Respectfully,

Date: April 11, 2024

/s/ Jay S. Marks
Jay S. Marks
Law Offices of Jay S. Marks, LLC.
10770 Columbia Pike, Suite 200
Silver Spring, MD 20901
Tel: (301) 578-4444
Fax: (301) 587-9397
jay@marksjustice.com
*Counsel for Plaintiff*